Decided September 15, 1993

IN RE BARRY G.

The petitioner Barry G.'s petition for certification for appeal from the Appellate Court, 31 Conn. App. 941 (AC 11667), is denied.

*Susan F. Filan,* special public defender, in support of the petition.

*Cathleen Mulligan-Edwards,* state's advocate, in opposition.

Decided September 15, 1993